## Commonwealth *v.* Sawyer, Appellant.

Submitted April 14, 1969. *Fred E. Baxter, Jr.,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins, Carol Mary Los,* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Simone.

Argued June 10, 1969. *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Raymond J. Bradley,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.